# REPORTS OF CASES

DETERMINED IN

# THE SUPREME COURT

OF THE

## TERRITORY OF ARIZONA,

### JANUARY TERM, 1879.

---

### TERRITORY *v.* CHARLES SELDEN.

BILL OF EXCEPTIONS MUST ACCOMPANY THE TRANSCRIPT in all cases of appeal.

APPEAL from the district court of the first judicial district, county of Pima. The opinion states the case.

*L. C. Hughes,* for the respondent.

*S. Ainsa,* for the appellant.

By Court, FRENCH, C. J.:

There is no bill of exceptions and no statement whatever in this transcript; nor is there any assignment or claim of error in the case in this court.

An examination of the record discloses no error. The judgment of the court below is therefore affirmed.